# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS HORST, IGNACIO JAIMES, and ANA MUNOZ, Individually and On Behalf of All Others Similarly Situated, | § | |
| *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO.: 4:24-cv-03173 |
| IMER A. GOMEZ, DOUGLAS R. WALLACE, K&G INVESTMENT SOLUTIONS, LLC, HELIOS VENTURE FUND LLC, BANK OF AMERICA N.A., and JP MORGAN CHASE BANK, N.A., | § | |
| *Defendants*. | § | |

**INDEX OF MATTERS BEING FILED**

1. **Notice of Removal**

2. **Exhibit A** – Index of Matters Being Filed

3. **Exhibit B** – All executed process in this case, all pleadings, including copies of:

   Plaintiffs' Original Petition, Requests for Issuance of Citation, Certificates of Service, and The Harris County District Clerk's Docket Sheet

4. **Exhibit C** – Notice of Removal to be filed and served in State Court Action

5. **Exhibit D** – List of all Counsel of Record, including addresses, telephone numbers, and parties represented

6. **Exhibit E** – Civil Cover Sheet